Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Penny Brandenburger*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Penny Brandenburger,<br><br>    Plaintiff,<br><br>    v.<br><br>Life Insurance Company of North America; LogistiCare Solutions, LLC Short Term Disability Plan; LogistiCare Solutions, LLC Long Term Disability Plan; LogistiCare Solutions, LLC,<br><br>    Defendants. | Case No. 2:16-cv-03321-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE BELOW NAMED DEFENDANTS** |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, only the named Defendants LogistiCare Solutions, LLC Short Term Disability Plan, LogistiCare Solutions, LLC Long Term Disability Plan and LogistiCare Solutions, LLC, in the above referenced matter.

   Plaintiff advises the Court that the Complaint in this matter was filed on September 29, 2016. The named Defendants have not Answered or otherwise responded to the Complaint.

RESPECTFULLY REQUESTED this 25th day of October, 2016.

          SCOTT E. DAVIS. P.C.

        By: */s/ Scott E. Davis*
           Scott E. Davis
           Attorney for Plaintiff

### **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina Holmstrom, Esq.
Lewis Roca Rothgerber Christie, LLP
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004-2595

By: *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.