# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penny Brandenburger, | No. CV-16-03321-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 30) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing Plaintiff's claims against Defendant Life Insurance Company of North America with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to terminate this action.

Dated this 27th day of April, 2017.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge